Circuit Court for Prince George's County
Case No. CAE19-07923
Argued: February 6, 2020

IN THE COURT OF APPEALS

OF MARYLAND

Misc. Docket AG No. 65
September Term, 2018

———————————————————

ATTORNEY GRIEVANCE COMMISSION
OF MARYLAND

v.

SAMUEL EDWARD HENSLEY

———————————————————

McDonald
Watts
Hotten
Getty
Booth
Biran
Raker, Irma S.
(Senior Judge, Specially Assigned),

JJ.

———————————————————

PER CURIAM ORDER

———————————————————

Filed: February 6, 2020

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Suzanne C. Johnson, Clerk

| ATTORNEY GRIEVANCE | * | IN THE |
|---|---|---|
| COMMISSION OF MARYLAND | | |
| | * | COURT OF APPEALS |
| v. | * | OF MARYLAND |
| SAMUEL EDWARD HENSLEY | * | Misc. Docket AG No. 65 |
| | | September Term, 2018 |

## PER CURIAM ORDER

For reasons to be stated in an opinion later to be filed, it is this 6th day of February 2020,

ORDERED, by the Court of Appeals of Maryland, that the Respondent, Samuel Edward Hensley be, and he is hereby, disbarred, effective immediately, from the further practice of law in the State of Maryland; and it is further

ORDERED that the Clerk of this Court shall strike the name of Samuel Edward Hensley from the register of attorneys, and pursuant to Maryland Rule 19-761, shall certify that fact to the Trustees of the Client Protection Fund and the clerks of all judicial tribunals in the State; and it is further

ORDERED that Respondent shall pay all costs as taxed by the Clerk of this Court, including the costs of all transcripts, pursuant to Maryland Rule 19-709, for which sum judgment is entered in favor of the Attorney Grievance Commission of Maryland against Samuel Edward Hensley.

 /s/ Robert N. McDonald
Senior Judge